UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE HILSINGER COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-10594-IT |
| | * | |
| EYEEGO, LLC, | * | |
| | * | |
| Defendant. | * | |

ORDER ON REQUEST FOR COSTS AND FEES

August 14, 2015

TALWANI, D.J.

Pursuant to Fed. R. Civ. P. 37(a)(5)(A), if a motion to compel "is granted—or if the disclosure or requested discovery is provided after the motion was filed—the court *must*, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees." Id. (emphasis added). This rule enumerates three limited exceptions to the mandatory assignment of fees: "(i) the movant filed the motion before attempting in good faith to obtain the disclosure or discovery without court action; (ii) the opposing party's nondisclosure, response, or objection was substantially justified; or (iii) other circumstances make an award of expenses unjust." Id.

By its prior orders [#96, #110], the court allowed in part the Hilsinger Company's ("Hilco") Motion to Compel Eyeego, LLC to Appear for Deposition and to Supplement Discovery Responses and Production [#59], which included a request for appropriate costs and fees. Based on the court's partial allowance of this motion, Hilco may file a request for costs and fees associated with the filing of this motion via separate motion. This motion may request a reasonable amount in costs and fees—acknowledging that not all requested relief was granted—

and should include supporting documentation setting for the hourly rate charged, the number of hours worked, and the basis of any costs claimed.  Any motion should further include a certificate of consultation pursuant to Local Rule 7.1, indicating that the parties have conferred in good faith in an attempt to resolve the request for costs and fees before filing.

      IT IS SO ORDERED.

August 14, 2015                                                                  /s/ Indira Talwani
                                                                                                 United States District Judge